FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00941- PVT |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING STATUS HEARING FROM JANUARY 14, 2010 TO JANUARY 21, 2010. |
| SONIA PIEDRA, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from Thursday, January 14, 2010, at 9:00 a.m., to Thursday, January 21, 2010, at 9:00 a.m., and the period of delay from time from January 14, 2010, to Thursday, January 21, 2010, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: December 31, 2009

HONORABLE PATRICIA V. TRUMBULL,
United States Magistrate Judge

ORDER CONTINUING HEARING
No. CR 09-00941- PVT                                                   1