JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

FILED
JAN 27 2010
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00941-MAG |
|    Plaintiff, ) | |
|   v.  ) | NOTICE OF DISMISSAL |
| SONIA PIEDRA, ) | |
|    Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant Sonia Piedra.

DATED: January 27, ~~2009~~ 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

   /s/
JEFFREY B. SCHENK
Assistant United States Attorney

NOTICE OF DISMISSAL - CR 09-00941-MAG

1 | Leave of Court is granted to the government to dismiss that information without prejudice as to
2 | defendant Sonia Piedra.

3
4 | Date: Jan. 27, 2010

                                                PATRICIA V. TRUMBULL
5 |                                                 United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL - CR 09-00941-MAG2